UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LIVINGSTON PARISH SCHOOL BOARD ) | |
| ) | |
| ) | |
| VERSUS ) | CASE NO: 3:23-CV-00807-BAJ-RLB |
| ) | |
| ) | |
| META PLATFORMS, INC., ET AL ) | |
| ) | |

### CIVIL LOCAL RULE 7(f) MOTION TO SHORTEN RESPONSE TO PLAINTIFF'S MOTION FOR REMAND

Plaintiff, the Livingston Parish School Board, moves for an order pursuant to Civil Local Rule 7(f) which provides that "[f]or good cause appearing therefor, a respondent may be required to file a response and supporting documents, including memoranda, within such shorter or longer period of time as the Court may order." Doing so will permit this Court to rule on such a motion before expiration of the period ordinarily permitted for filing opposition papers and consideration thereof. Good cause exists here. The Defendants have "tagged' these proceedings for transfer by the Judicial Panel for Multidistrict Litigation in the proceedings styled *IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*, MDL No. 3047. The LPSB has timely opposed the CTO issued by the Panel. The LPSB has opposed transfer and that opposition is pending further proceedings in accordance with Panel rules. (Exhibit 1).

If this Court does not have jurisdiction, the MDL court will not have jurisdiction under *Stephens v. Kaiser Found. Health Plan of the Mid-Atl. States, Inc.*, 807 F. Supp. 2d 375, 381 (D. Md. 2011). However, unless this Court shortens the respondents briefing time of Plaintiffs' remand petition, this case will be transferred to the Northern District of California before there has been any determination of whether federal jurisdiction exists. Plaintiff believes a court sitting in

Louisiana, this court, is the most appropriate venue to consider this jurisdictional issue affecting the sovereign immunity of the State of Louisiana.

        Respectfully submitted,

By: */s/ D. Blayne Honeycutt*
Calvin C. Fayard, Jr. (La. Bar No. 05486)
D. Blayne Honeycutt (La. Bar No. 18264)
FAYARD & HONEYCUTT, APC
519 Florida Ave., SW
Denham Springs, LA 70726
Telephone: 225-664-4193
calvin@fayardlaw.com
dbhoneycutt@fayardlaw.com

and

Frank C. Dudenhefer, Jr. (La. Bar No. 05117)
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
fcdlaw@aol.com

## CERTIFICATE

This is to certify that a copy of the foregoing was served on this 6th day of September, 2023, by electronic filing through the court's electronic filing system upon all counsel of record.

    */s/ D. Blayne Honeycutt*
    D. Blayne Honeycutt